# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| DANIELLE SCHULTZ, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:21-cv-863 |
| vs. | § | |
| | § | |
| HOMEBRIDGE FINANCIAL | § | |
| SERVICES, INC., EQUIFAX | § | |
| INFORMATION SERVICES, LLC, | § | |
| TRANS UNION, LLC, and | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., | | |
| Defendants. | | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Danielle Schultz and Defendant Trans Union, LLC, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, as to Trans Union, LLC *only*, with each party to bear its own costs and attorneys' fees.

Plaintiff's claims against Defendant Homebridge Financial Services, Inc. remain pending.

Dated: February 17, 2023                    Respectfully submitted,

/s/ James Acosta                            /s/ Russell S. Thompson IV
**JAMES ACOSTA**                            Russell S. Thompson IV
Texas Bar No. 24001622                      Thompson Consumer Law Group, PC
jacosta@qslwm.com                           11445 E Via Linda, Ste. 2 #492
QUILLING, SELANDER, LOWNDS,                 Scottsdale, AZ 85259
WINSLETT & MOSER, P.C.                      Phone:  (602) 388-8898
6900 N. Dallas Parkway, Suite 800           Fax:    (866) 317-2674
Plano, TX 75024                             rthompson@ThompsonConsumerLaw.com
(214) 560-5440
(214) 871-2111 Fax                          Attorneys For Plaintiff

1

Counsel for Trans Union LLC

## CERTIFICATE OF SERVICE

I certify that on February 17, 2023, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Russell S. Thompson IV
Russell S. Thompson IV
